**Walter ELKINS, Petitioner,**

v.

**EASTERN ASSOCIATED COAL CORPORATION; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 02–2191.

United States Court of Appeals, Fourth Circuit.

Submitted July 30, 2003.

Decided Aug. 18, 2003.

Roger D. Forman, Forman & Huber, L.C., Charleston, West Virginia, for Petitioner. Mark E. Solomons, Laura Metcoff Klaus, Greenberg Traurig, Washington, D.C., for Respondents.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Walter Elkins seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Elkins v. E. Assoc. Coal Corp.,* No. BRB–02–197 BLA (B.R.B. Aug. 22, 2002). We deny as unnecessary the motion of Eastern Associated Coal Corp. to order correction of the joint appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*